UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONNIE CARDOZA,

    Plaintiff,

v.

WAL-MART ASSOCIATES INC,

    Defendant.

Case No. 15-cv-01634-SBA   (SK)

**NOTICE OF REFERRAL FOR DISCOVERY**

Re Docket No. 27

TO ALL PARTIES AND COUNSEL OF RECORD:

    This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is attached and available on the Court's website at http://www.cand.uscourts.gov/sk.

    The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred.

    Please contact the Courtroom Deputy Clerk Melinda Lozenski at (415) 522-4158 with any questions.

    **IT IS SO ORDERED**.

Dated: September 17, 2015

_____
SALLIE KIM
United States Magistrate Judge