**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Ruchira Piya Mukherjee (State Bar #274217)
  Victoria B. Rivapalacio (State Bar #275115)
2255 Calle Clara
La Jolla, CA 92037
Tel: 858-551-1223; Fax: 858-557-1232

Attorneys for Plaintiff

**GREENBERG TRAURIG, LLP**
  Robert J. Herrington (SBN 234417)
  Matthew R. Gershman (SBN 253031)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Defendant Wal-Mart Associates, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE CARDOZA, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff;<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  **4:15-cv-01634-SBA (SK)**<br><br>**(CLASS ACTION)**<br><br>**EXHIBIT 2 TO DISCOVERY DISPUTE JOINT REPORT**<br><br>Date Filed:         January 29, 2015<br>Fact Discovery Cut:  November 11, 2016<br>Trial Date:         June 19, 2017<br><br>Magistrate Judge: Hon. Sallie Kim |

# EXHIBIT 2

LA 126331285v1

1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumenthal (State Bar #068687)
2  Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3  Piya Mukherjee (State Bar #274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858)551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE CARDOZA, an individual on behalf of herself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE No. **3:15-cv-01634-SBA**<br><br>PLAINTIFF'S INITIAL DISCLOSURES<br><br><br>Action filed: January 29, 2015 |

Plaintiff BONNIE CARDOZA ("Plaintiff"), on behalf of herself and on behalf of all persons similarly situated, hereby make these initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

### A. Individuals Likely To Have Discoverable Information [FRCP 26(a)(1)(A)]

Plaintiff identifies the following individuals who may have discoverable information that Plaintiff may use to support his claims or defenses. These disclosures reflect information reasonably available to Plaintiff at this time. Plaintiff reserves the right to amend or supplement this list if additional or different information is obtained.

1. Plaintiff

Plaintiff is expected to have knowledge regarding the allegations in his operative Complaint (the "Complaint"). Plaintiff may be contacted through her undersigned counsel.

2. Plaintiff's Supervisors

The supervisors who oversaw and directed Plaintiff's work possess information concerning the Defendant's practices with respect to the amount of hours worked by and the services performed by the Plaintiff.

3. Defendant's Human Resources Employees

Defendant's human resources employees may possess information regarding Defendant's employment practices. Plaintiff also believes that these employees should possess information regarding Defendant's compensation and time-keeping procedures, and Defendant's company policy, practice and procedures with regard to Defendant's employees.

4. The Putative Class Members

The Putative Class Members have knowledge regarding the allegations in the Complaint and possess information regarding the policies and practices of Defendant, and the damages and injury suffered by the resulting labor code violations. Plaintiff, therefore, seeks the names and contact information of the Putative Class Members, which are in the possession of Defendant.

**B.     Categories and Locations of Documents, Data Compilations, and Tangible Things that May be Used to Support Claims or Defenses [FRCP 26(a)(1)(B)]**

Plaintiff identifies the following categories of documents, data compilations and tangible things in the possession, custody, or control of the Plaintiff that may be used to support Plaintiff's claims or defenses. Some of the documents are within the Defendant's sole custody and control. The disclosed categories reflect information reasonably available to Plaintiff at this time. Plaintiff reserves the right to supplement these disclosures if additional or different information is obtained:

1. Wage Statements;
2. The job descriptions for Plaintiff and the Class Members;
3. The job descriptions for the supervisors for Plaintiff and the Class Members;
4. Records of hours worked by Plaintiff;
5. Defendant's policies and procedures regarding compensation;
6. Defendant's policies and procedures regarding the performance of job duties;
7. Payroll Records and Time Records (if any) for the Class Members;
8. Store Employee Schedules.

**C.     Computation of Damages Claimed by Disclosing Party [FRCP 26(a)(1)(C)]**

In addition to Plaintiff's individual damages and disgorgement, Plaintiff seeks classwide (1) damages for unpaid overtime and associated penalties, (2) restitutionary disgorgement, (3) declaratory and injunctive relief, and (4) other statutory penalties as provided for by law. Plaintiff also has been deputized as the proxy of the law enforcement agencies of the State of California to pursue civil penalties pursuant to the Labor Code Private Attorney General Act of 2004, Cal. Lab. Code 2698 *et seq*. The quantum of these amounts has not yet been calculated.

PLAINTIFF'S INITIAL DISCLOSURES
-3-                                         Case No.: 3:15-cv-01634-SBA

Dated: July 23, 2015      BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____
       Piya Mukherjee
       Attorneys for Plaintiff

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On July 23, 2015, I hereby certify the following document(s):

1. **PLAINTIFF'S INITIAL DISCLOSURES**

have been sent via United States Mail to the attorneys for the Defendant at the following address(es):

GREENBERG TRAURIG, LLP
Koray J. Bulut
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 23, 2015 at San Diego, California.

*[signature]*
Piya Mukherjee