GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800
Email: herringtonR@gtlaw.com

Attorneys for Defendant Wal-Mart Associates, Inc.

BLUMENTHAL NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Norderhaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: 858-551-1223
Facsimile: 858-557-1232
Email: norm@bamlawlj.com
        kyle@bamlawca.com
        aj@bamlawca.com
        victoria@bamlawca.com

Attorneys for Plaintiff Bonnie Cardoza

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE CARDOZA, an individual, on behalf of herself and on behalf of all persons similarly situated, | Case No.   4:15-cv-01634-SBA-SK |
| Plaintiff; | **JOINT NOTICE OF SETTLEMENT** |
| v. | Trial Date:   June 19, 2017 |
| WAL-MART ASSOCIATES, INC., a corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

1   TO THE COURT:

2        PLEASE TAKE NOTICE that this case has now settled.  Plaintiff Bonnie Cardoza and

3   Defendant Wal-Mart Associates, Inc. (collectively, the "Parties") mediated this case with Louis M.

4   Marlin, Esq., of JAMS on April 24, 2017.  The Parties have reached agreement for a confidential

5   settlement and dismissal of this matter.  The Parties' respective attorneys of record are currently

6   working together to prepare the settlement agreement documentation.  So that the Parties may finalize

7   and execute the settlement agreement, and in furtherance of judicial economy, the Parties jointly

8   request that the Court vacate remaining dates on calendar.  The Parties anticipate filing a stipulation for

9   dismissal within 90 days.

10                                        Respectfully submitted,

11  DATED:  May 2, 2017                    GREENBERG TRAURIG, LLP

12

13                                   By:   */s/ Robert J. Herrington*
                                          Robert J. Herrington

14                                        Attorneys for Defendant Wal-Mart Associates, Inc.

15

16  DATED:  May 2, 2017                    BLUMENTHAL, NORDREHAUG & BHOWMIK

17

18                                   By:   */s/ Aparajit Bhowmik*
                                          Aparajit Bhowmik

19                                        Attorneys for Plaintiff Bonnie Cardoza

20

21

22

23

24

25

26

27

28

---

1

## ATTESTATION CLAUSE

I, Robert J. Herrington, am the ECF User whose ID and password are being used to file this JOINT NOTICE OF SETTLEMENT.  In compliance with Civil L.R. 5-1(i), I hereby attest that Aparajit Bhowmik, attorney at Blumenthal, Nordrehaug & Bhowmik, concurred in this filing.


DATED:  May 2, 2017                              GREENBERG TRAURIG, LLP


                                        By:   */s/ Robert J. Herrington*
                                              Robert J. Herrington